NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARCUS LEWIS,**
*Petitioner,*

**v.**

**OFFICE OF SPECIAL COUNSEL,**
*Respondent.*

---

2014-3148

---

Petition for review of the Merit Systems Protection Board in No. CB-1216-13-0063-T-1.

---

**ON MOTION**

---

## O R D E R

Marcus Lewis moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    LEWIS v. OSC

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24